County Jail.— Upon consideration of the letter received from the Deputy Attorney-General, the application to withdraw the brief submitted is granted, and a new brief may be filed within five days. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of the WESTERN UNION TELEGRAPH COMPANY for a Writ of Mandamus against JOSIAH T. MAREAN.— Motion for writ of mandamus denied, without costs. The former justice has, in his affidavit presented to us, stated that he was willing to settle the case and order it on file, if the parties would agree on the form thereof. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CHARLES LAMPHEAR, Appellant, v. AMOS S. LAMPHEAR and Others, Respondents.— Motion granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

FLORENCE LEHMAN, Appellant, v. EDNA SPICER and Others, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

FRANCES MILLSPAUGH, as Temporary Administratrix, etc., and Others, Respondents, v. WILLIAM F. CASSEDY, as Trustee, and Others, Appellants. — Motion granted. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MUNICIPAL INVESTING COMPANY, Appellant, v. HOWARD B. BULLARD, Respondent, and Others, Defendants.— Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

BERTRAM C. NELSON, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

HELEN S. ENGEL PRICE, Appellant, v. DAVID PRICE, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Estate of JULIUS M. COHEN, Deceased. THOMAS J. MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants.— The report of the referee is confirmed. It appears therefrom that the so-called decision of Surrogate Sawyer, bearing date December 24, 1918, was not then made, but was actually made and filed on December 26, 1918, after and while said surrogate was under an order staying his proceedings. It follows that such decision was null and void. Hence, this court, acting on the appeal record and upon the testimony taken before the referee under order of this court, and under its plenary power under section 2763 of the Code of Civil Procedure, makes and directs an order granting the appellants' motion to vacate and set aside the said decision and any order entered thereon in the office of said surrogate. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants, v. WILLIAM A. SAWYER, Surrogate of Westchester County, and Others, Respondents.— As our decision in Matter of Cohen (ante, p. 890), decided herewith, disposes